UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL,<br><br>    Defendants. | Case No. 22-cv-05277 BLF<br><br>**ORDER OF DISMISSAL** |

On September 16, 2022, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 2. The deadline has passed, and Plaintiff has failed to pay the filing fee or file an IFP application

Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: ___October 27, 2022___

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\05277Pagaling_dis-ifp.