UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL,<br><br>    Defendant. | Case No. 22-cv-05277 BLF<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE; DIRECTING PLAINTIFF TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On September 16, 2022, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 2. When the deadline passed with no response from Plaintiff, the Court dismissed the matter for failure to pay the filing fee or file a complete IFP application and entered judgment on October 27, 2022. Dkt. Nos. 3, 4.

On November 10, 2022, Plaintiff filed an IFP application, Dkt. No. 6, and a letter stating that he sent an IFP application with supporting document in a timely manner and that it must have been lost in the mail or by the Clerk's office. Dkt. No. 7. However, the IFP application he provides is not the proper form used by this Court and it is missing the

supporting documentation, *i.e.*, a Certificate of Funds in Prisoner's Account signed and dated by a prison official, and a copy of a six-month statement from his prison trust account. Dkt. No. 6. Because it appears that Plaintiff attempted to respond in a timely manner, the Court will order the matter reopened in the interest of justice. Accordingly, the Judgment entered on October 27, 2022, Dkt. No. 4, is **VACATED**.

Plaintiff shall be granted one final opportunity to file the appropriate IFP application along with the supporting documentation. He shall file IFP application **no later than twenty-eight (28) days** from the date this order is filed. Failure to respond in a timely manner may result in the dismissal of this action again for failure to resolve the fee matter.

The Clerk shall include a copy of the court's IFP application with a copy of this order to Plaintiff.

The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated: __November 29, 2022__

_____
BETH LABSON FREEMAN
United States District Judge

Order Reopening Action; Directing Pl to File IFP
P:\PRO-SE\BLF\CR.22\05277Pagaling_reopen&ifp

2