UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL,<br><br>　　　　Defendant. | Case No. 22-cv-05277 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action with prejudice for failure to state a claim.  Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: ___June 30, 2023_____          _____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\05277Pagaling_judgment